IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ELIZABETH DAVIS,

Plaintiff,

v.

ROGER MARSHALL,

Defendant.

Case No. 12-cv-2661 CM/DJW
Division No.

**COMPLAINT**

COMES NOW the plaintiff, and for her cause of action against the defendant, alleges and states:

1. That plaintiff is an individual and citizen of the state of Colorado.

2. That the defendant is an individual and citizen of the state of Kansas.

3. That this Court has jurisdiction over the subject matter as a result of the diversity of citizenship and the amount in controversy.

4. The defendant is a medical doctor who, for a number of years, provided care and treatment to the plaintiff.

5. As a result of ongoing problems and symptoms experienced by plaintiff, defendant diagnosed endometriosis and/or irritable bowel syndrome and/or other maladies and told the plaintiff that such maladies were the cause of her complaints.

6. Plaintiff's symptoms did not resolve.

7. Plaintiff's ongoing problems were not due to endometriosis or irritable bowel syndrome or other diagnoses made by Dr. Marshall, but were instead due to a malignant tumor and plaintiff has been diagnosed with Stage III C ovarian cancer.

8. Plaintiff's cancer existed for a number of years and went undiagnosed.

9. Dr. Marshall was negligent in failing to properly diagnose and treat the plaintiff.

10. As a result of the defendant's negligence, plaintiff has suffered injury and damage and has sustained a significant decrease in the chance of survival. Due to the negligence of the defendant, the cancer has metastasized.

11. Plaintiff was unaware of the correct diagnosis and the negligence of the defendant and the fact of injury until the cancer was recently diagnosed and treated.

12. As a result of the failure of the defendant to timely diagnose and treat the tumor, it spread to plaintiff's bowel and other organs. Body parts have been removed, including a section of bowel.

13. As a result of defendant's negligence, plaintiff is entitled to judgment in the sum of $5 million dollars.

WHEREFORE, plaintiff prays for judgment against the defendant in the sum of $5 million dollars, for the costs of the action, and further relief determined by the Court to be just and equitable.

HASTY & ASSOCIATES, LLC

*/s/ Paul Hasty, Jr.*

Paul Hasty, Jr. KS # 09132
7101 College Blvd., Suite 350
Overland Park, KS 66210
Telephone (913) 317-8068
Facsimile: (913) 317-8058
Email: phasty@hastyassoc.com

**ATTORNEYS FOR PLAINTIFF**