IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

ELIZABETH A. DAVIS,

Plaintiff,

v.

ROGER MARSHALL, M.D.

Defendant.

Case No. 12-cv-02661-CW-DJW

**ANSWER OF DEFENDANT
ROGER MARSHALL, M.D.**

COMES NOW the defendant Roger Marshall, M.D., by and through his attorney of record, Brian C. Wright, of Wright Law Office, Chtd. of Great Bend, Kansas, and for his answer to plaintiff's Complaint, alleges and states, admits and denies as follows:

1. Any allegation of plaintiff's Complaint not hereinafter specifically admitted is hereby denied.

2. Answering the allegations of paragraphs 1, 3, 6, 7, 8, and 11 of plaintiff's Complaint, defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and the same are accordingly denied at this time.

3. Answering the allegations of paragraph 2 of plaintiff's Complaint, admitted.

4. Answering the allegations of paragraph 4 of plaintiff's Complaint, defendant admits that he is a physician who provided care and treatment to the plaintiff.

5. Answering the allegations of paragraph 5 of plaintiff's Complaint, the allegations contained therein are so overbroad and vague, because the allegations cover multiple visits by

plaintiff to defendant, that defendant cannot admit or deny that the allegations contained therein are a correct summary.

6. Answering the allegations of paragraphs 9, 10, 12, and 13 of plaintiff's Complaint, denied.

7. For further answer, defendant denies that any care and treatment provided by him to plaintiff departed from the standard of care of a reasonably prudent obstetrician/gynecologist.

8. For further answer, defendant denies that any of his alleged negligence caused or contributed to plaintiff's claimed injuries and/or damages.

9. For further answer, defendant denies that plaintiff's injuries and/or damages are of the nature or to the extent alleged.

10. For further answer, and by way of affirmative defense, defendant alleges that plaintiff has failed to mitigate her damages. This allegation is based upon the need to preserve the defense and not upon specific facts known to defendant at this time.

11. For further answer, and by way of affirmative defense, defendant alleges that if he was causally negligent and/or at fault, then the causal negligence and/or fault of others, including plaintiff and non-parties to this litigation must be compared herein, and that such comparison shall operate to bar or reduce plaintiff's right of recovery, if any, herein.

12. For further answer, and by way of affirmative defense, defendant alleges that plaintiff has failed to comply with the applicable statute of limitations. This allegation is based upon the need to preserve the defense and not upon specific facts known to defendant at this time.

13. For further answer, defendant denies that the chance of a better outcome was substantial.

14. For further answer, defendant alleges that plaintiff's injuries and/or damages, if any, are the result of an independent, intervening, and superseding cause or event, or of an act of omission or commission on the part of others not subject to the right nor duty of control of defendant, and for whose negligence defendant is not liable.

15. For further answer, defendant denies that plaintiff should be entitled to recover medical bills in excess of the amount accepted by the health care providers in satisfaction of their billings.

16. For further answer, defendant alleges that plaintiff's non-economic damages, if any, are subject to the constitutional statutory caps on such damages.

17. For further answer, defendant reserves the right to add other defenses during the course or at the completion of discovery herein.

WHEREFORE, defendant prays that the prayer of plaintiff be denied; that plaintiff go hence with her costs; for judgment in his favor; for his costs herein, and for such other and further relief as the court shall deem just and proper.

Brian C. Wright, #12874
WRIGHT LAW OFFICE, Chartered
4312 10th Street Place
Great Bend, Kansas 67530
Tel: 620-793-8900
Fax: 620-793-8525
E-mail: brian@bcwrightlaw.com

/s/Brian C. Wright
*Attorney for Roger Marshall, M.D.*

**DEMAND FOR TRIAL BY JURY**

Pursuant to Fed. R. Civ. P. 38(b), Defendant Marshall demands a trial by jury on all issues in this matter.

/s/Brian C. Wright
*Attorney for Roger Marshall, M.D.*

**DESIGNATION OF PLACE OF TRIAL**

Pursuant to D. Kan. Rule 40.2, Defendant Marshall requests that the location of this trial be Salina, Kansas.

/s/Brian C. Wright
*Attorney for Roger Marshall, M.D.*

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on November 15, 2012, I electronically filed the foregoing *Answer*, *Demand for Trial by Jury*, and *Designation of Place of Trial* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Paul Hasty, Jr.
Hasty & Associates, LLC
7101 College Blvd., Ste. 350
Overland Park, Ks 66210
phasty@hastyassoc.com

/s/Brian C. Wright
*Attorney for Roger Marshall, M.D.*