IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ELIZABETH DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-cv-02661/CM-DJW |
| | ) | |
| ROGER MARSHALL, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS**

COMES NOW the plaintiff, and moves the Court for its Order dismissing plaintiff's Petition without prejudice.

HASTY & ASSOCIATES, LLC

*/s/ Paul Hasty, Jr.*
Paul Hasty, Jr. KS # 09132
7101 College Blvd., Suite 350
Overland Park, KS 66210
Telephone (913) 317-8068
Facsimile: (913) 317-8058
Email: phasty@hastyassoc.com

**ATTORNEYS FOR PLAINTIFF**

I hereby certify that the above and foregoing was electronically filed on the CM/ECF system and a copy was electronically sent to the following CM/ECF participants on the 16th day of September, 2013:

Brian Wright
Wright Law Office, Chartered
4312 10th Street Place
Great Bend, KS 67530
brian@bcwrightlaw.com

**ATTORNEYS FOR DEFENDANT**

*/s/ Paul Hasty, Jr.*
Paul Hasty, Jr.
For the Firm